# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for the Certificate Holders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006-OA5, a Delaware corporation , | ) ) ) ) ) ) ) ) | CV 17-00297 DKW-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | |
| LEN C. PERRY JR.; NATHAN JON LEWIS; 3925 KAMEHAMEHA RD PRINCEVILLE, HI 96722, LLC , | ) ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on November 29, 2017 and served on all parties on November 30, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Grant Plaintiff's Motion to Strike "Answer to Complaint

Affidavit; Affidavit of Negative Averment" of Defendant Len C. Perry" are

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 20, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*The Bank of New York Mellon v. Len C. Perry, Jr., et al.*; Civil No. 17-00297
DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION**